# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Nathan Xavier Vega**<br>DOB: 2006; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-14134MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about September 24, 2025, in the District of Arizona, **Nathan Xavier Vega**, knowing and in reckless disregard of the fact that certain illegal aliens, including Alberto Pitalua-Solano, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On September 24, 2025, in the District of Arizona (Three Points), Border Patrol agents (BPAs) were performing highway operations on the Tohono O'odham Nation (TON) on Federal Route (FR) 19 near mile marker 26. The TON is a closed nation to non-tribal members with few exceptions. FR 19 is the only paved road connecting the border to State Route (SR) 86 and is commonly used by smuggling organizations to conduct operations. At approximately 4:56 a.m., BPAs observed a black 2013 Nissan Maxima bearing Arizona license plate LPA8CTA travelling south on FR 19 near mile marker 26. BPAs did not recognize the Maxima as being local to any of the villages in the area. BPAs followed the Maxima. Record checks on the Maxima returned out of Surprise, Arizona, which is 150 miles north of the area. As BPAs followed the Maxima, they observed that the vehicle began braking abruptly and turned west on FR 20 towards the village of Cowlic. Cowlic is located 22 miles north of the border and is an area commonly used by smuggling organizations to stash illegal aliens while they wait to be transported further north. The Maxima then made a U-turn and travelled back east towards FR 19. BPAs continued travelling south on FR 19 and observed the Maxima make another U-turn and travel west again. BPAs then turned on FR 20 and travelled west when they observed the Maxima pull off to the north side of the road near mile marker five, which is a common pick-up area for illegal aliens. BPAs pulled passed the Maxima and observed the vehicle make another U-turn and travel east towards FR 19. BPAs turned around and followed the Maxima as it turned north on FR 19. The Maxima then turned west on Main Street in Sells, Arizona. At approximately 5:11 a.m., BPAs initiated a vehicle stop and the Maxima yielded in front of the hospital on the west side of Main Street. As BPAs approached, the Maxima accelerated and sped off toward SR 86. BPAs pursued the Maxima as it travelled at 115 miles per hour. At approximately 5:19 a.m., the Maxima slowed to under 60 miles per hour as it passed mile marker 102 on SR 86. BPAs pursued the Maxima for 13 miles on SR 86 before it turned north on FR 15. The Maxima continued on FR 15 for approximately 30 miles toward Casa Grande while BPAs pursued. At approximately 5:54 a.m., BPAs from the Casa Grande station deployed a vehicle immobilization device near mile marker 30 on FR 15. The Maxima continued for approximately 500 feet passed mile maker 30 before coming to a complete stop. BPAs observed several occupants of the Maxima, who were wearing camouflage clothing, exit the vehicle and abscond into the heavily vegetated area nearby.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Alberto Pitalua-Solano

| Detention Requested | SIGNATURE OF COMPLAINANT<br>*/s/* |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>September 25, 2025 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
Reviewing AUSA: Price

**Continued from front page.**  25-14134MJ

At approximately 5:56 a.m., BPAs observed an individual in camouflage clothing exit the trunk of the Maxima. BPAs were able to apprehend the driver of the Maxima, identified as **Nathan Xavier Vega**, and the front passenger. Both were determined to be United States citizens. Five other occupants of the Maxima who absconded when the vehicle stopped were later apprehended. An immigration inspection was performed on those five occupants, including Alberto Pitalua-Solano, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Alberto Pitalua-Solano does not possess the proper documentation to enter, pass through, or remain in the United States legally.

Material witness Alberto Pitalua-Solano stated that he is a citizen of Mexico and that he was charged $10,860 to be smuggled into the United States. He stated his wife had already paid $3,250 of the fee via electronic transfer. He said he illegally crossed the border with the five other individuals with whom he was apprehended and walked through the night until he reached a designated load-up location where a vehicle was waiting for him. When he approached the vehicle, a semi-heavyset individual forcibly pushed him into the trunk of the car. Pitalua-Solano described the conditions in the trunk as hot and he had no access to water. He stated that he did not know how to get out of the trunk on his own. After approximately three minutes in the trunk, he heard sirens, and the vehicle stopped. A few minutes later, he began knocking on the trunk from the inside to signal for assistance. He then realized that Border Patrol Agents had stopped the vehicle and taken control of the situation. Pitalua-Solano identified **Nathan Xavier Vega** as the individual who pushed him into the trunk of the car through a six-pack photo lineup.